**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Raymond P. Moore**

Civil Action No. 21-cv-734-RM-KMT

JENNY BISHOP,

    Plaintiff,

v.

SIERRA NEVADA CORPORATION,

    Defendant.

---

## ORDER

---

This matter is before the Court on the parties' Joint Motion to Stay Pending Arbitration (ECF No. 13), where the parties agree that an enforceable arbitration agreement exists between them which covers all claims brought in this litigation, that this matter should be moved into arbitration, and that the case should be stayed pending resolution of the claims in arbitration. After reviewing the Joint Motion, and being otherwise fully advised, the Court finds good cause for the parties' request. The Court finds, however, that administrative closure, a stay equivalent, is more appropriate. *Quinn v. CGR*, 828 F.2d 1463, 1465 n.2 (10th Cir. 1987); *see also Patterson v. Santini*, 631 F. App'x 531, 534 (10th Cir. 2015) (recognizing the use of "the administrative-closure mechanism" by district courts "to remove from their pending cases suits which are temporarily active elsewhere (such as before an arbitration panel)"). And, "[b]ecause an administratively closed case still exists on the docket of the district court, it may be reopened upon request of the parties or on the court's own motion." *Patterson*, 631 F. App'x at 534. Accordingly, it is **ORDERED**

(1) That the Joint Motion to Stay Pending Arbitration (ECF No. 13) is GRANTED in that the Court will grant administrative closure, a stay equivalent;

(2) That counsel for the parties shall file a joint report regarding the status of the arbitration within 30 days of the resolution of the claims in arbitration; and

(3) That, pursuant to D.C.COLO.LCivR 41.2, the Clerk shall administratively close this case subject to reopening for good cause, e.g., to confirm any arbitration award.

DATED this 29th day of April, 2021.

BY THE COURT:

RAYMOND P. MOORE
United States District Judge